# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 13, 2017

*Before*

DAVID F. HAMILTON, *Circuit Judge*

No. 17-1234

| | |
|---|---|
| DENZELL D. GRANT, | Appeal from the United States District |
| *Petitioner-Appellant*, | Court for the Southern District of Illinois. |
| | |
| *v.* | No. 16-cv-677-MJR |
| | |
| UNITED STATES OF AMERICA, | Michael J. Reagan, |
| *Respondent-Appellee*. | *Chief Judge*. |

### O R D E R

Denzell Grant has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, and an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find that Grant has made a substantial showing that reasonable jurists could debate whether his conviction under 18 U.S.C. § 924(c) violates *Johnson v. United States*, 135 S. Ct. 2551 (2015): specifically whether Grant was convicted of an uncompleted attempted Hobbs Act robbery and whether an uncompleted attempted Hobbs Act robbery is a crime of violence under § 924(c)(3)'s elements clause. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is **GRANTED**. The court will sua sponte appoint counsel. Counsel will be named in a separate order. Briefing is **SUSPENDED** pending the decision in *Velez v. United States*, 17-1034 (7th Cir. filed Jan. 6, 2017), *DeJesus v. United States*, 17-1035 (7th Cir. filed Jan. 6, 2017), and *Videl v. United States*, 17-1426 (7th Cir. filed Feb. 27, 2017). **IT IS ORDERED** that the parties shall file a position statement within 30 days of a decision in these cases.