# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 6, 2026

*By the Court*:

No. 17-1234

DENZELL D. GRANT,
     Petitioner - Appellant,

     v.

UNITED STATES OF AMERICA,
     Respondent - Appellee.

Appeal from the United
States District Court for
the Southern District of Illinois.

No. 3:16-cv-00677-MJR

Michael J. Reagan,
     *Judge.*

     **IT IS ORDERED** that attorney Benjamin Morrell, TAFT STETTINIUS & HOLLISTER LLP, 111 E. Wacker Drive, Chicago, IL 60601, bmorrell@taftlaw.com, is appointed to represent Petitioner-Appellant Denzell D. Grant pursuant to the provisions of the Criminal Justice Act and this court's order of June 13, 2017.

     Briefing shall proceed as follows:

1.      Petitioner-appellant shall file his brief and required short appendix on or before August 4, 2026.

2.      Respondent-appellee shall file its brief on or before September 3, 2026.

3.      Petitioner-appellant shall file his reply brief, if any, on or before September 24, 2026.

     **IT IS FINALLY ORDERED** that the District Court add attorney Benjamin Morrell to their CM/ECF database for purposes of accessing District Court documents.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).