# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 6, 2026

*By the Court:*

| | |
|---|---|
| | DENZELL D. GRANT,<br>            Petitioner - Appellant |
| No. 17-1234 | v. |
| | UNITED STATES OF AMERICA,<br>            Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:16-cv-00677-MJR<br>Southern District of Illinois<br>District Judge Michael J. Reagan | |

The jurisdictional statement in the brief of appellant does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which requires, in part, that an appellant's brief contain a jurisdictional statement that includes "(C) the filing dates establishing the timeliness of the appeal or petition for review."

Appellant's jurisdictional statement fails to identify the dates that judgment was entered and the notice of appeal was filed. Appellant must provide the omitted information. Cir. R. 28(a)(2)(iv). Accordingly,

**IT IS ORDERED** that appellant shall file an amended jurisdictional statement on or before August 13, 2026, that provides the omitted information noted above and otherwise complies with all the requirements of Rule 28(a)(4) of the Federal Rules of Appellate Procedure and Circuit Rule 28(a).

**IT IS FURTHER ORDERED** that the clerk of this court shall **DISTRIBUTE**, along with the briefs in this appeal, copies of this order and appellant's amended jurisdictional statement to the assigned merits panel.

form name: **c7_Order_BTC**   (form ID: **178**)