Case No. 17–1234

---

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

---

DENZELL D. GRANT,

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

---

On Appeal from the United States District Court
for the Southern District of Illinois
Case No. 3:16–CV–677–MJR
(Related Case No. 3:14–CR–30039–MJR)

---

## AMENDED RULE 28(a)(4) JURISDICTIONAL STATEMENT OF PETITIONER-APPELLANT

---

Benjamin S. Morrell
 *Counsel of Record*
Adam W. Decker
Spencer J. Parts

TAFT STETTINIUS &
HOLLISTER LLP
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 527–4000
bmorrell@taftlaw.com
adecker@taftlaw.com
sparts@taftlaw.com

*Appointed Counsel for Petitioner-Appellant*

**Amended Statement Regarding Jurisdiction**

Pursuant to Federal Rule of Appellate Procedure 28(a)(4), Circuit Rule 28(a) and the Court's Order of August 6, 2026 (Dkt. 45), Petitioner-Appellant Denzell Grant hereby submits the following Amended Statement Regarding Jurisdiction. This Statement is intended to replace the Statement Regarding Jurisdiction included at page 1 of Petitioner-Appellant's Brief (Dkt. 44).

*District court's jurisdiction*. The district court had jurisdiction over the civil action from which this appeal was taken under 28 U.S.C. § 2255, because the action was a petition by Grant to vacate a sentence imposed on him for federal crimes.

The petition was timely filed. The judgment in Grant's underlying criminal case was imposed on October 24, 2014. (Case No. 3:14-cr-30039, Dkt. No. 31 (S.D. Ill.).) Grant filed his § 2255 petition on June 21, 2016. (Case No. 3:16-cv-677, Dkt. No. 1 (S.D. Ill.).) The petition was timely because Grant's petition asserted that his conviction was unconstitutional under *Johnson v. United States*, decided on June 26, 2015, 576 U.S. at 591, and was filed within one year of that decision. *See* 28 U.S.C. § 2255(f)(3).

*Appellate jurisdiction.* This Court has jurisdiction pursuant to 28 U.S.C. §§ 1291, 2253, and 2255(d). This is an appeal from a final judgment in a proceeding under 28 U.S.C. § 2255 before a district judge in the Seventh Circuit. *See* 28 U.S.C. § 2253(a). That judgment disposed of all claims in the case from which this appeal is taken. *See* Fed. R. App. P. 28(a)(4)(D). This appeal is not barred by 28 U.S.C. § 2253(c) because a circuit judge issued Grant a certificate of appealability. (Dkt. 9.)

Grant timely filed a notice of appeal initiating this proceeding. The district court's order denying Grant's § 2255 petition, from which this appeal is taken, was issued on January 11, 2017, and the district court's judgment dismissing the petition and closing the case was entered the following day, January 12, 2017. (Case No. 3:16-cv-677, Dkt. Nos. 10, 11 (S.D. Ill.), Petitioner-Appellant's Required Appendix at 1, 22.) (The judgment form bears an incorrect date of January 12, 2016, but the filestamp shows the correct date of January 12, 2017. (Case No. 3:16-cv-677, Dkt. No. 11 (S.D. Ill.), Petitioner-Appellant's Required Appendix at 22).) Grant filed his notice of appeal on February 3, 2017, (Case No. 3:16-cv-677, Dkt. No. 13 (S.D. Ill.)), within 60 days of entry of the judgment appealed from. *See* Fed. R. App. P. 4(a)(1)(B).

Filed: August 7, 2026.

Respectfully submitted,

DENZELL D. GRANT,

*By Counsel*

By    /s/    *Adam W. Decker*
Benjamin S. Morrell
Adam W. Decker
Spencer J. Parts
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
(312) 527-4000
bmorrell@taftlaw.com
adecker@taftlaw.com
sparts@taftlaw.com

*Appointed Counsel for Petitioner-
Appellant*

4

## Certificate of Service

I certify that on the date listed below, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: August 7, 2026.

By   /s/   *Adam W. Decker*